■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT MAHER, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the February Term, commencing January 30, 1961; the appeal is ordered on the calendar for said term. Motion for assignment of counsel granted. Herbert Simon, Esq., 2 Lafayette St., New York, New York, is assigned as counsel to prosecute this appeal. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD MALONE, Appellant.— Motion by appellant to vacate order, dated October 13, 1959, dismissing appeal, granted. Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the February Term, commencing January 30, 1961; the appeal is ordered on the calendar for said term. Motion for assignment of counsel granted. Frank Serri, Esq., of 66 Court St., Brooklyn 1, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN B. MEYERS, Appellant.— Motion by appellant to vacate order dated February 11, 1952, dismissing his appeal, granted; order vacated. Motion by appellant for reconsideration of his motion to dispense with printing and for assignment of counsel, granted. Upon reconsideration, order dated April 2, 1951, denying such motion vacated, and motion to dispense with printing granted. The appeal will be heard on the original papers and on appellant's brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the February Term, commencing January 30, 1961; the appeal is ordered on the calendar for said term. Upon reconsideration, motion for assignment of counsel denied. It appears from the motion papers that appellant either has in his possession a copy of the original papers to be used in the consideration of this appeal or has full knowledge of the contents of such papers. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES MILES, Appellant.— Motion by appellant to vacate order of this court, entered April 13, 1959, dismissing his appeal, granted; order vacated. Motion by appellant for reconsideration of his motion to dispense with printing and for assignment of counsel, granted. Upon reconsideration, order dated September 22, 1958, denying such motion, vacated and motion granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file six typewritten copies of his brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the February Term, beginning January 30, 1961. The appeal is ordered on the calendar for said term. E. Robert Pratt, Esquire, 53 North Park Ave., Rockville Centre, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDGAR J. MURDAUGH, Appellant.— Motion by appellant for reargument of his motion for leave to dispense with printing and for assignment of counsel, granted. On

reargument, order of this court, dated March 28, 1960, vacated, and motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the February Term, commencing January 30, 1961; the appeal is ordered on the calendar for said term. Motion for assignment of counsel denied. It appears from the motion papers that appellant either has in his possession a copy of the original papers to be used in the consideration of this appeal or has full knowledge of the contents of such papers. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.